1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSEPH N. EARL,                           )   Case No. CV 14-00649-JFW (KK)
                                               )
12             Petitioner,                     )   **ORDER ACCEPTING FINDINGS**
                                               )   **AND RECOMMENDATION OF**
13        v.                                   )   **UNITED STATES MAGISTRATE**
                                               )   **JUDGE**
14   JEFF MACOMBER, Warden,                    )
                                               )
15             Respondent.                     )
                                               )
16   _____  )

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of

18   Habeas Corpus, the records on file, and the Report and Recommendation of the United

19   States Magistrate Judge.  No objections have been filed.  The Court accepts the findings

20   and recommendation of the Magistrate Judge.

21        IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition

22   for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

23

24   Dated: _____11/24/14_____

25

26   _____
     HONORABLE JOHN F. WALTER
27   UNITED STATES DISTRICT JUDGE

28