JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. EARL,<br><br>    Petitioner,<br><br>    v.<br><br>JEFF MACOMBER, Warden,<br><br>    Respondent. | Case No. CV 14-00649-JFW (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 11/24/14

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE